# IN THE UNITED STATES District Court
## For The District of Vermont

Christopher L. Orkins
   plaintiff

Edward Dumas
Jason Jhonson &
officers, post, Tarbell,
Prouty, Garusso And
City of Rutland Vermont
   Defendents

Complaint - plaintiff signature
: Christopher Orkins

Complaint with
Jury Demand,

*[Filed stamp: 2009 OCT 23 AM 10:31, U.S. DISTRICT COURT DISTRICT OF VERMONT FILED, DEPUTY CLERK]*

NOW comes plaintiff: Christopher L. Orkins
   Through Pro Se

Complains as follows

① On the morning of October 21, 2006 (at 3:18 am) (plaintiff) I Christopher Orkins was walking from the intersection of pine st. and state streets in Rutland Vermont toward the premises of my Apartment at 28 pine st.

② As I was walking back to my Apartment I noticed officer Garusso standing on the side walk

3. While looking at the officer on the sidewalk, I felt something strike my head. I fell to the ground unconscious. I regained consciousness, looked back and saw Edward Dumas ~~████████~~

4. Rutland city police officer Edward Dumas struck me with a blunt object, possibly his maglite flash light.

5. While I was on my hands and knees; prouty, Tarbell, Jason Thonson, post and Edward Dumas began to kick and beat me All About my head and body, which caused me to lose consciousness once again.

6. I herd a voice from behind state "Go Home Chris"

7. On october 21 I went to Rutland Regional medical center Emergency Room; from There I went to Intensive Care Unit; to be treated for my injuries.

8. Dr Harry Chen Treated me for swollen lumps on my head; for a swollen hand (from tryen to block the wrath); a concussion, Abrasions on the face Contusions on my face and retroauricular area; Abrasions on my knees, difficulty breathing, navsea dizziness, and blurring vision, and double vision.

## Causes of Action  (3)

### First Cause of Action - Battery by officers Dumas, Tarbell, Post, Jason Jhouson, Prouty

9. Paragraphs one through eight above are incorporated, here by Reference as if set out in full.

10. When he struck me with the baton, Defendent Dumas directly caused harm to me (plaintiff), to with pain, suffering, loss of consciousness, bleeding from, and swelling and bruising on my skull difficulty breathing, dizziness, and blurred vision.

11. Defendents Dumas Action in striking me on my Head was comitted intensionally.

12. Jurisdiction over this cause of Action is conferred upon this court by the doctrine of supplemental Jurisdiction and 28 U.S.C. § 1367

### Second Cause of Action - Constitutional Claim Against Defendent Dumas

13. This cause of Action is brought against, ~~Defender~~ Defendent Dumas individually and not in his official capacity, as a officer sworn by oath (to uphold the Law)

14. Defendent Dumas was at all times pertinent Hereto, acting under color of state Law.

15. I (plaintiff) had clearly established right under the fourth Amendment to the United States Constitution; To be secure in my person phrased differantly; I have the right not to be physically brutalized.

16. By striking me in the head with a blunt object, Defendent Dumas manifested deliberate indifference, toward my fourth Amendment Right, to be secure in my person.

17. Defendent Dumas knew or should have known that his Action in striking me (plaintiff) was Unconstitutional; as such, Striking petitioner with a blunt instrument was not with in the scope of his duties, as a Law Enforcement officer.

18. Jurisdiction over this Cause of Action is Conferred upon this court by 42 U.S.C. § 1983

Third Cause of Action - Battery by other Assailents/Defendents - Jason Jhonson, post, tarbell, prouty,



19. Paragraphs one through eight Above are incorporated here by reference as if set in full.

20. the officers - tarbell, post, jasonjhonson, prouty Actions in kicking and beating me (plaintiff) were commited ~~intentionally~~ intentionally.

21. When they kicked and beat me (plaintiff) about my head and body, the defendents - (tarbell, post, Prouty, jasonjhonson) to wit: pain suffering; loss of consciousness, bleeding from and swelling and bruising on, my skull, difficulty breathing, dizziness, blurred and double vision.

22. Jurisdiction over this cause of Action is conferred Upon this court by the doctrine of supplemental jurisdiction and 28 USC. § 1367

Fourth Cause of Action - Constitutional Claims Against Defendents - post, Tarbell, jasonjhonson, prouty.

23. Paragraphs one through eight Above are incorporated here by reference as if set out in full.

24. I (plaintiff) had a clearly established right under the fourth Amendment to the United states Constitution to be secur in my

own person, phased differently, I have the right not to be physically beating.

25. The police officers were at all times pertinent hereto, acting under color state Law

26. The officers actions in Kicking and beating me (plaintiff) manifested their deliberate indifference to my right to be secure in my own person.

27. The police officers - Tarbell, post, prouty, Jason jhonson, knew or should have known that their actions in kicking and beating petitioner (me) was not within the scope of their duties as a Law Enforcement officers.

Fifth Cause of Action

28. Garrusso is held Accountable for not interjecting & not upstanding his oath as a LAW ENFORCEMENT POLICE OFFICER: To protect And serve the People.

## Relief

⑦

I am asking the Court To take That my Attorney dropped my case on October 16, 2009 five days before my statue of limitations runs out which is October 21, 2009 in Consideration when he's had my case since: March 19, 2009 He droped with no just cause / and what I believe without resonable notice (5 days until my statue of limitations Runs out.) And I don't have the funds to pursue This hanis act that happen to me, I believe in the System and I believe That it applies Towards everyone I am Asking the Court to Give me a Trial by ~~Jury~~ 4 Because what happen to me effects everyone And its the people That Should decide", What if Anything I am or should be Entitled To. I have Experience Something that most people, wouldn't have the Courage To Stand up for Them selfs and whats right. I have gone through Alot of disturbing painful things, As a result of what happen to me.

ADDress: Plaintiff - Christopher Orkins
Rutland post office
General Delivery 05701

Christopher Orkins
P10 SE Tell: 802-342-1578